

# U.S. District Court

### California Northern - Oakland

Receipt Date: Feb 24, 2025 12:01PM

Louis Jay Milne
295 29th Street, Unit 711
Oakland, CA 94611

Rcpt. No: 411018410            Trans. Date: Feb 24, 2025 12:01PM            Cashier ID: #KM (6442)

| CD  | Purpose                      | Case/Party/Defendant | Qty | Price  | Amt    |
|-----|------------------------------|----------------------|-----|--------|--------|
| 200 | Civil Filing Fee- Non-Prisoner |                    | 1   | 405.00 | 405.00 |

| CD | Tender      | Amt     |
|----|-------------|---------|
| CC | Credit Card | $405.00 |

Total Due Prior to Payment: $405.00

Total Tendered: $405.00

Total Cash Received: $0.00

**Comments:** 25-cv-1918-DMR (fbo Cathy J. Fitzpatrick_

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.