AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| CATHY J. FITZPATRICK, an individual<br>*Plaintiff(s)*<br>v.<br>THE UNITED STATES and<br>THE SECRETARY OF THE TREASURY<br>*Defendant(s)* | Civil Action No. CV 25-1918 DMR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**The United States**
c/o Civil Process Clerk
United States Attorney for the
Northern District of California
450 Golden Gate Avenue
P.O. Box 36055
San Francisco, CA, 94102

**The United States**
c/o Attorney General of the
United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC, 20530-0001

**The Secretary of the Treasury**
c/o General Counsel
Department of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC, 20220

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Cathy J. Fitzpatrick**
295 29th St Unit 711
Oakland, CA, 94611-5756

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: February 24, 2025

Kim Means  *Kim Means*
*Signature of Clerk or Deputy Clerk*