UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CATHY J. FITZPATRICK, an individual,<br><br>　　Plaintiff,<br><br>　　v.<br><br>THE UNITED STATES and<br>THE SECRETARY OF THE TREASURY,<br><br>　　Defendants. | Case No.: 4:25-cv-01918-DMR<br><br>**CONSENT<br>TO MAGISTRATE JUDGE<br>JURISDICTION<br>RE: HONORABLE MAGISTRATE<br>JUDGE DONNA M. RYU** |

☒ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have Magistrate Judge Donna M. Ryu conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

DATE:  February 26, 2025              NAME:  Cathy J. Fitzpatrick

　　　　　　　　　　　　　　　　　　　　　　/s/ Cathy J. Fitzpatrick
　　　　　　　　　　　　　　　　　　　　　　　　　*Signature*

　　　　　　　　　　　　　　　　　　　PARTY:  Plaintiff, appearing in person