CATHY J. FITZPATRICK
295 29th St Unit 711
Oakland, CA, 94611-5756
Phone: (650) 669-7308
Email: CATHY@CATHYJF.COM

*Plaintiff, appearing in person*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NORTHERN CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| CATHY J. FITZPATRICK, an individual, | ) Case No.: 4:25-cv-01918-DMR |
| Plaintiff, | ) **CERTIFICATION OF CONFLICTS AND** |
| vs. | ) **INTERESTED ENTITIES OR PERSONS** |
| THE UNITED STATES and | ) |
| THE SECRETARY OF THE TREASURY, | ) |
| Defendants. | ) |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

Dated: February 26, 2025

/s/ Cathy J. Fitzpatrick
**Cathy J. Fitzpatrick**
Plaintiff
Appearing in person
