CATHY J. FITZPATRICK
295 29th St Unit 711
Oakland, CA, 94611-5756
Phone: (650) 669-7308
Email: CATHY@CATHYJF.COM

*Plaintiff, appearing in person*

UNITED STATES DISTRICT COURT

DISTRICT OF NORTHERN CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CATHY J. FITZPATRICK, an individual, | Case No.: 4:25-cv-01918-DMR |
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| vs. | |
| THE UNITED STATES and THE SECRETARY OF THE TREASURY, | |
| Defendants. | |

I, Louis J. Milne, state as follows:

1. At the time of service, I was over 18 years of age and not a party to this case. I am a resident of Oakland, California.

2. This proof of service pertains to the following papers related to this lawsuit (collectively, the "Documents"):

    (a) Summons in a Civil Action ([ECF No. 3](#));

    (b) Complaint ([ECF No. 1](#));

    (c) Order Setting Initial Case Management Conference ([ECF No. 2](#));

    (d) Notice of Assignment of Case to a United States Magistrate Judge for Trial;

    (e) <u>Blank</u> Consent or Declination to Magistrate Judge Jurisdiction;

1      (f) Standing Order for All Judges of the Northern District of California — Contents of Joint Case Management Statement;

2      (g) Standing Order for Magistrate Judge Donna M. Ryu (Revised July 20, 2022);

3      (h) Notice Re Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu;

4      (i) <u>Blank</u> Notice of Settlement Conference and Settlement Conference Order;

5      (j) Filing Information for the Oakland Division of the U.S. District Court for the Northern District of California; and

6      (k) ECF Registration Information for the U.S. District Court for the Northern District of California.

2. I served the Documents upon the Defendant **The United States** as follows:

(a) On February 24, 2025, pursuant to Fed. R. Civ. P. 4(i)(1)(A)(ii), I enclosed a copy of the Documents inside an envelope addressed to

    CIVIL PROCESS CLERK
    U.S. ATTORNEY FOR THE NORTHERN DISTRICT OF CALIFORNIA
    450 GOLDEN GATE AVENUE
    P.O. BOX 36055
    SAN FRANCISCO, CA, 94102

and then I sealed that envelope and deposited it into the United States mail at Oakland, CA, with the postage fully prepaid, using certified mail, with electronic return receipt requested.

(b) On February 24, 2025, pursuant to Fed. R. Civ. P. 4(i)(1)(B), I enclosed a copy of the Documents inside an envelope addressed to

    PAM BONDI, ATTORNEY GENERAL OF THE UNITED STATES
    U.S. DEPARTMENT OF JUSTICE
    950 PENNSYLVANIA AVENUE, NW
    WASHINGTON, DC, 20530-0001

and then I sealed that envelope and deposited it into the United States mail at Oakland, CA, with the postage fully prepaid, using certified mail, with electronic return receipt requested.

///
///

3. I served the Documents upon the Defendant **The Secretary of the Treasury** as follows:

   (a) On February 24, 2025, pursuant to Fed. R. Civ. P. 4(i)(2) and paragraph 1(b) of Treasury Order 107-04 (Sept. 29, 2020)[1], I enclosed a copy of the Documents inside an envelope addressed to

> BRIAN SONFIELD, ACTING GENERAL COUNSEL
> DEPARTMENT OF THE TREASURY
> 1500 PENNSYLVANIA AVENUE, NW
> WASHINGTON, DC, 20220

and then I sealed that envelope and deposited it into the United States mail at Oakland, CA, with the postage fully prepaid, using certified mail, with electronic return receipt requested.

   (b) Pursuant to Fed. R. Civ. P. 4(i)(2), I also served a copy of the Documents upon the United States as described in paragraph 2 of this proof of service, above.

4. Attached as Exhibit POS-1 are copies of the Certified Mail Receipts that I received at the time that I deposited each of the envelopes into the United States mail.

5. Attached as Exhibit POS-2 are copies of the Return Receipts that I received after each of the envelopes was delivered, showing that the items were successfully delivered to each of their respective addressees.

6. The total cost of service was $30.18.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on March 3, 2025 at Oakland, California.

                                                              /s/ Louis J. Milne
                                                               **Louis J. Milne**
                                                                     Declarant

---

[1] According to paragraph 1(b) of Treasury Order 107-04 (Sept. 29, 2020), "[t]he General Counsel is hereby delegated the authority to receive service of any subpoena, summons, or other judicial process directed to an officer or employee of the Department in that officer's or employee's official capacity in any litigation".

**ELECTRONIC SIGNATURE ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that I am the filer of this document and that each of the other signatories of this document has concurred in the filing of this document. I have records to support this concurrence and I will maintain the records for the time periods specified in Civil L.R. 5-1(i)(3).

Dated: March 3, 2025

/s/ Cathy J. Fitzpatrick
**Cathy J. Fitzpatrick**
Plaintiff
Appearing in person
