# Exhibit POS-1

Copies of the Certified Mail Receipts received at the time that each of the envelopes described in the Proof of Service was deposited into the United States mail.

Recipient: <u>U.S. Attorney for the Northern District of California</u>.

Certified Mail Receipt associated with the envelope described in ¶ 2(a) of the Proof of Service:



Recipient: <u>Attorney General of the United States</u>.

Certified Mail Receipt associated with the envelope described in ¶ 2(b) of the Proof of Service:



Recipient: <u>Secretary of the Treasury</u>.

Certified Mail Receipt associated with the envelope described in ¶ 3(a) of the Proof of Service:

