# Exhibit POS-2

Copies of the Return Receipts received by the server after each of the envelopes described in the Proof of Service was delivered, showing that the items were successfully delivered to each of their respective addressees.



February 26, 2025

Dear Louis Milne:

The following is in response to your request for proof of delivery on your item with the tracking number: **7022 3330 0002 2077 5429**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | February 26, 2025, 12:59 pm |
| Location: | SAN FRANCISCO, CA 94102 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
|  | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 5.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | *USNC / USDC* |
| Address of Recipient: | *450 golden gate* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



March 3, 2025

Dear Louis Milne:

The following is in response to your request for proof of delivery on your item with the tracking number: **7022 3330 0002 2077 5436**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | March 3, 2025, 5:12 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 5.0oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**UNITED STATES POSTAL SERVICE**

March 3, 2025

Dear Louis Milne:

The following is in response to your request for proof of delivery on your item with the tracking number: **7022 3330 0002 2077 5443**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | March 3, 2025, 4:05 am |
| Location: | WASHINGTON, DC 20220 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
|  | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 5.0oz |

**Recipient Signature**

Signature of Recipient: *[signature]*

Address of Recipient: *[handwritten address] 20220*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004