HALSEY DIAKOW (DC Bar # 90027466)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 307-2251
Fax: (202) 307-0054
Halsey.Diakow@usdoj.gov
Western.taxcivil@usdoj.gov

*Counsel for the United States*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| CATHY J. FITZPATRICK,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES and THE SECRETARY OF THE TREASURY,<br><br>Defendant. | Case No. 25-CV-01918-DMR<br><br>**STIPULATED REQUEST FOR ORDER TO STAY CASE AND ALL CASE DEADLINES** |

Plaintiff Cathy J. Fitzpatrick and the United States of America, on behalf of the named federal defendants, stipulate and jointly request the Court enter an order staying this case, including a stay of all scheduled deadlines, pending completion of actions agreed upon in a compromise between the parties.[1]

In support of the stipulated request, the parties submit the following:

1. On February 24, 2025, plaintiff Cathy J. Fitzpatrick filed a Complaint, *pro se*, in the District Court for the Northern District of California seeking to recover alleged overpayment of federal

---

[1] This stipulation addresses all claims against all named defendants.

Stipulated Request for Order to Stay                1
Case No. 25-CV-01918-DMR

income taxes for tax years 2020, 2023, 2024, plus interest.[2] The suit also seeks related injunctive and declaratory relief, and costs of suit. ECF No. 1.

2. The Court set the Initial Case Management Conference for June 4, 2025, along with related deadlines for completing initial disclosures, filing the case management statement, and filing the Federal Rule of Civil Procedure 26(f) report. ECF No. 2.

3. After review of the Complaint along with information and documentation from the IRS, the United States entered into discussion with Plaintiff regarding resolution of the case without need for further litigation.

4. On April 24, 2025, the parties reached an agreement. The parties' agreement includes stipulating to stay the case until the payments identified in the agreement are received by Plaintiff. Plaintiff will notify the United States of receipt within five business days of each payment. Once Plaintiff has received payment, the parties will file a stipulated dismissal.

5. The parties believe it would be most efficient for the Court to stay this action to conserve the parties' and the Court's time and resources by avoiding unnecessary filings and appearances.

6. The parties understand that their agreement and this stipulation resolve all claims against all named defendants.

7. This is the parties' first request for an order changing time.

8. This motion is not being made for delay, and it will not prejudice any parties.

WHEREFORE, the parties stipulate and respectfully request that this Court enter the proposed order submitted with this request, staying the case and case deadlines.

//
//
//
//

---

[2] By signing this stipulation, the United States does not agree that the Court has jurisdiction as to all claims.

Respectfully submitted.

Date: 04/28/2025

*Cathy Fitzpatrick*
CATHY J. FITZPATRICK
295 29th St, Unit 711
Oakland, CA 94611
Plaintiff, appearing *pro se*

Date:   April 28, 2025

/s/ *Halsey Diakow*
HALSEY DIAKOW
Trial Attorney, Tax Division
U.S. Department of Justice
*Counsel for the United States*