1
2
3

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

CATHY J. FITZPATRICK,

    Plaintiff,

    v.

THE UNITED STATES and THE SECRETARY OF THE TREASURY,

    Defendant.

Case No. 25-CV-01918-DMR

**[PROPOSED] ORDER TO STAY CASE AND CASE DEADLINES**

Before the Court is the parties' "Stipulated Request For Order to Stay Case and All Case Deadlines." For good cause shown, it is hereby ORDERED that:

1. The parties' requested time modification to stay the case and all case deadlines is GRANTED;
2. The case is stayed until Plaintiff receives payments, as outlined in the parties' agreement, and notifies the United States of receipt, as outlined in the Stipulated Request, at which time the Parties shall file a stipulated dismissal.

IT IS SO ORDERED.

Dated: _____

DONNA M. RYU
United States Magistrate Judge