HALSEY DIAKOW (DC Bar # 90027466)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 307-2251
Fax: (202) 307-0054
Halsey.Diakow@usdoj.gov
Western.taxcivil@usdoj.gov

*Counsel for the United States of America*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| CATHY J. FITZPATRICK,<br><br>    Plaintiff,<br><br>    v.<br><br>THE UNITED STATES and THE SECRETARY OF THE TREASURY,<br><br>    Defendant. | Case No. 25-CV-01918-DMR<br><br>**Declaration of Halsey Diakow** |

I, Halsey Diakow, pursuant to 28 U.S.C. § 1746, and Local Rule 6-2, hereby declare and state:

1. I am counsel of record for the United States in the above-captioned case.

2. The United States, jointly with Plaintiff, requests the stay described in the stipulated request pursuant to an agreement reached between the parties on April 24, 2025 to resolve this case without further litigation.

3. This is the parties' first request for an order changing time. There have been no previous time modifications in this case, neither by stipulation nor Court order.

4. The requested stay would effectively suspend all case deadlines on the schedule for this case.

//

Declaration                                                                 1
Case No. 25-CV-01918-DMR

1  I declare under penalty of perjury that the foregoing is true and correct.
2
3                                              */s/ Halsey Diakow*
4                                              HALSEY DIAKOW
                                               Trial Attorney, Tax Division
5                                              U.S. Department of Justice
                                               *Counsel for the United States of America*
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28