**CERTIFICATE OF SERVICE**

I certify that on April 28, 2025, I electronically filed the forgoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all parties who have appeared in this matter and are eligible to receive CM/ECF notices.

I certify that on April 28, 2025, I mailed a copy of the foregoing via First Class Mail to the following party at the following address:

Cathy J. Fitzpatrick
295 29th St, Unit 711
Oakland, CA 94611-5756

DATED: April 28, 2025                    /s/ Halsey Diakow
                                         HALSEY DIAKOW
                                         Trial Attorney, Tax Division
                                         U.S. Department of Justice