UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHY J. FITZPATRICK,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES, et al.,<br><br>  Defendants. | Case No. 25-cv-01918-RFL<br><br>**ORDER GRANTING STIPULATION TO STAY CASE**<br><br>Re: Dkt. No. 7 |

The parties' joint stipulation (Dkt. No. 7) is **GRANTED**. The case and all case deadlines are stayed until Plaintiff receives payments, as outlined in the parties' agreement, and notifies the United States of receipt, as outlined in the Stipulated Request, at which time the Parties shall file a stipulated dismissal. The parties are **ORDERED** to file a joint status report every 60 days until any stipulation of dismissal is filed.

   **IT IS SO ORDERED.**

Dated: April 30, 2025

_____
RITA F. LIN
United States District Judge

1