HALSEY DIAKOW (DC Bar # 90027466)
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
Telephone: (202) 307-2251
Fax: (202) 307-0054
Halsey.Diakow@usdoj.gov
Western.taxcivil@usdoj.gov

*Counsel for the United States*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHY J. FITZPATRICK,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES and THE SECRETARY OF THE TREASURY,<br><br>Defendant. | Case No. 25-CV-01918-RFL<br><br>**JOINT STATUS REPORT** |

      On April 30, 2025, this Court granted the parties' joint stipulation staying the case and all case deadlines "until Plaintiff receives payments, as outlined in the parties' agreement, and notifies the United States of receipt, as outlined in the Stipulated Request, at which time the Parties shall file a stipulated dismissal." Dkt. No. 11. On the same day, the Court ordered the parties to submit a joint status report every 60 days until any stipulation of dismissal is filed. Plaintiff Cathy J. Fitzpatrick and Defendant United States of America hereby report on the status of the case as follows:

      1.     Pursuant to the agreement between the parties, the United States has agreed to pay two items to Plaintiff: (1) a specified tax refund (plus statutory accruals); and (2) a specified amount to reimburse Plaintiff for certain litigation expenses.

2. On or about June 5, 2025, Plaintiff received one payment from the United States. The United States' position is that this first payment satisfies the refund amount agreed to in the parties' agreement. The Plaintiff's position is that the payment received by Plaintiff satisfies some but not all of the amounts that the United States has agreed to pay to Plaintiff pursuant to the parties' agreement.

3. The United States intends to make another payment to Plaintiff. The United States represents that the remaining amounts owed to Plaintiff will be issued from a different source than the first payment. The United States represents that it has initiated the request for the second payment to be issued. According to the United States, issuance of the next payment is expected to take at least 90 days but could take longer.

4. The parties will file another joint status report in 60 days, unless Plaintiff has received the remaining amounts owed to her and the parties have filed a stipulation of dismissal before then.

Respectfully submitted.

Date: June 27, 2025

/s/ Halsey Diakow
HALSEY DIAKOW
Trial Attorney, Tax Division
U.S. Department of Justice
*Counsel for the United States*

Date: June 27, 2025

/s/ Cathy J. Fitzpatrick
CATHY J. FITZPATRICK
295 29th St, Unit 711
Oakland, CA 94611
*Plaintiff, appearing in person*

Pursuant to Local Rule 5-1(i)(3), I hereby attest that Cathy J. Fitzpatrick concurs in the filing of this joint status report.

/s/ Halsey Diakow
HALSEY DIAKOW
Trial Attorney, Tax Division
U.S. Department of Justice
*Counsel for the United States*