CATHY J. FITZPATRICK
295 29th St Unit 711
Oakland, CA, 94611-5756
Phone: (650) 669-7308
Email: CATHY@CATHYJF.COM

*Plaintiff, appearing in person*

UNITED STATES DISTRICT COURT

DISTRICT OF NORTHERN CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CATHY J. FITZPATRICK, an individual, | Case No.: 3:25-cv-01918-RFL |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |
| THE UNITED STATES and THE SECRETARY OF THE TREASURY, | |
| Defendants. | |

In April 2025, the parties to this lawsuit reached a settlement agreement to resolve all claims in this action. A copy of the papers that constitute the agreement is attached hereto as Exhibit 1.

The settlement agreement has now been fully performed. Therefore, this action is hereby dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear any costs and attorneys' fees not addressed in the settlement.

**IT IS SO STIPULATED.**

Dated: August 21, 2025

/s/ Cathy J. Fitzpatrick
**Cathy J. Fitzpatrick**
Plaintiff
Appearing in person

Dated: August 22, 2025

/s/ Halsey Diakow
**Halsey Diakow**
Trial Attorney, Tax Division
U.S. Department of Justice
Counsel for the United States
(Representing all Defendants)

**ELECTRONIC SIGNATURE ATTESTATION**

[Civil L.R. 5-1(i)(3)]

I hereby attest that I am the filer of this document and that each of the other signatories of this document has concurred in the filing of this document.

Dated: August 22, 2025 /s/ Cathy J. Fitzpatrick
**Cathy J. Fitzpatrick**
Plaintiff
Appearing in person