# Exhibit 1



U.S. Department of Justice

Tax Division

*Trial Attorney: Halsey Diakow*  
*Attorney's Direct Line: 202-307-2251*  
*Fax No.: 202-307-0054*  
*Halsey.Diakow@usdoj.gov*

*Please reply to:*   Civil Trial Section, Western Region  
P.O. Box 683  
Washington, D.C. 20044

RRW:HLDiakow  
DJ 5-11-24736  
CMN 2025100492

April 22, 2025

*Sent via Email*

Cathy J. Fitzpatrick

   Re: *Cathy J. Fitzpatrick v. United States, et al.*  
      Case No. 4:25-cv-01918-DMR (N.D. Cal.)

Dear Ms. Fitzpatrick,

  The purpose of this letter is to acknowledge the terms of an offer you discussed with Halsey Diakow, on behalf of the United States, on April 7, 2025, and again by letter dated April 9, 2025, to resolve all claims in the above-referenced civil action. Our understanding of the terms of the offer is as follows:

1. The Internal Revenue Service will be authorized and directed to schedule an overpayment for Cathy Fitzpatrick's federal income tax for the 2020 tax year in the amount of $3,262.98, plus statutory accruals.

2. The United States will authorize payment of $405.00 and $30.18 for litigation costs incurred by Cathy Fitzpatrick in connection with this case.

3. Upon notification that this offer has been accepted, the parties will file a stipulation to stay the case until the payments identified in paragraphs (1) and (2), above, have been received by Cathy Fitzpatrick.

4. Once Cathy Fitzpatrick has received the payments identified in paragraphs (1) and (2), above, the parties will file a stipulation for dismissal with prejudice, with each party to bear any further costs and expenses, including any attorney's fees.

  Please note that under Section 6402 of the Internal Revenue Code, any overpayment of tax and statutory interest resulting from the proposed settlement may be credited against certain outstanding liabilities of the taxpayer(s), including liability for an internal revenue tax.

1

We understand this offer to be made in order to resolve all claims made by Cathy J. Fitzpatrick in the above-referenced civil action without further litigation. The offer will be processed in accordance with the Department of Justice's usual procedure. Final action will be taken by the Attorney General, or an official designated by her for this purpose. Please understand that unless you receive a notice of acceptance from this office, the Department of Justice is in no way committed to the agreement. You will be notified as soon as final action is taken on the offer.

If the foregoing corresponds with your understanding of the offer, please manually sign and date where indicated below and return the signed letter to this office as soon as possible via email or fax. Please additionally return the originally signed copy via mail. A pre-paid FedEx label has been provided for your convenience.

Should you have questions or comments regarding the foregoing, please contact the trial attorney assigned to this case, Halsey Diakow, at (202) 307-2251 or halsey.diakow@usdoj.gov.

Sincerely,

By:  *Richard R. Ward*

RICHARD R. WARD
Chief, Civil Trial Section, Western Region

*Cathy Fitzpatrick*
Cathy J. Fitzpatrick
Plaintiff

Date: 04/22/2025

2



U.S. Department of Justice

**Tax Division**

*Trial Attorney: Halsey Diakow*
*Attorney's Direct Line: 202-307-2251*
*Fax No.: 202-307-0054*
*Halsey.Diakow@usdoj.gov*

Please reply to:   Civil Trial Section, Western Region
P.O. Box 683
Washington, D.C. 20044

RRW:HLDiakow
DJ 5-11-24736
CMN 2025100492

April 24, 2025

*Via Email*

Cathy J. Fitzpatrick
295 29th St., Unit 711
Oakland, CA 94611
Cathy@cathyjf.com

    Re:    *Cathy J. Fitzpatrick v. United States, et al.*
            Case No. 4:25-cv-01918-DMR (N.D. Cal.)

Dear Ms. Fitzpatrick,

    This letter refers to the offer to resolve the above-captioned refund suit. The terms of the offer were set forth in the acknowledgement letter dated April 22, 2025, which you signed on April 22, 2025.

    This offer has been accepted on behalf of the Attorney General. Please confer with trial attorney Halsey Diakow regarding the stipulations the parties will file. If you have any questions or concerns, please contact Ms. Diakow at (202) 307-2251 or Halsey.Diakow@usdoj.gov.

                                  Sincerely,

By: *Richard R. Ward*
       RICHARD R. WARD
       Chief, Civil Trial Section, Western Region